# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE STAR INSURANCE COMPANY LIMITED, a foreign corporation | Civil No. 02-CV-02165-WQH  (CAB) |
| Plaintiff, | **ORDER** |
| v. | |
| HIGHLANDS INSURANCE COMPANY | |
| Defendant/Third-Party Plaintiff | |
| v. | |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a AETNA INSURANCE COMPANY, improperly identified as ACE USA | |
| Third-Party Defendant | |

HAYES, Judge:

The matter before the Court is the motion to stay filed by Plaintiff Eagle Star Insurance Company Limited. (Doc. # 132).

Plaintiff moves the Court to stay this action pending the outcome of the Texas Court of Appeals proceedings pertaining to the settlement between Plaintiff Eagle Star and Defendant Highlands Insurance Company. Plaintiff explains that Plaintiff Eagle Star and Defendant Highlands Insurance Company "have reached a settlement but cannot consummate same so long

1 as the appeal by third party defendant here, ACE Property Casualty Insurance Company . . . in
2 the Texas Court remains unresolved." (Doc. # 132 at 1.) Plaintiff contends that a stay of this
3 action is the economically practical course of action and will not prejudice or damage any
4 interests of the parties. Defendant Highlands Insurance Company does not oppose the motion to
5 stay "given that maintaining the status quo appears to make economic sense for all parties."
6 (Doc. # 136 at 2.)

7 "The power to stay proceedings is incidental to the power inherent in every court to
8 control the disposition of the causes on its docket with the economy of time and effort for itself,
9 for counsel, and for litigants." *Landis v. North American Co.,* 299 U.S. 248, 254 (1936). The
10 Court concludes that the hardship to the litigants who would be required to litigate an action
11 which they have settled is sufficient to grant the stay.

12 IT IS HEREBY ORDERED that the motion to stay filed by Plaintiff Eagle Star Insurance
13 Company Limited (Doc. # 132) is granted so long as the appeal by third party defendant in the
14 Texas Court of Appeals remains unresolved. The parties shall file a joint status report in the
15 record of this case outlining the status of the appeal by third party defendant in the Texas Court
16 of Appeals within ninety days of the date of this order and every ninety days thereafter.

17 DATED: October 26, 2007

**WILLIAM Q. HAYES**
United States District Judge